BROOKS, COMR. OF LABOR v. BEST

No. 131 PC.

Case below: 45 N.C. App. 540.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 June 1980.

BROWNING v. LEVIEN & CO.

No. 83 PC.

Case below: 44 N.C. App. 701.

Petitions by plaintiffs and defendants for discretionary review under G.S. 7A-31 denied 3 June 1980.

CASEY v. WAKE COUNTY

No. 150 PC.

Case below: 45 N.C. App. 522.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 June 1980.

CHEATHAM v. DILLAHUNT

No. 136 PC.

Case below: 45 N.C. App. 713.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 June 1980.

CHRIS v. HILL

No. 119 PC.

Case below: 45 N.C. App. 287.

Petition by defendants for discretionary review under G.S. 7A-31 denied 3 June 1980. Appeal dismissed 3 June 1980.